UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH LEE     CIVIL ACTION

VERSUS     NO. 19-10064

ROBERT TANNER, ET AL.     SECTION: "S"(3)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that all of plaintiff's official-capacity claims for monetary damages are **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

**IT IS FURTHER ORDERED** that plaintiff's claims against Warden Robert Tanner and Deputy Warden Keith Bickham are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against the unidentified "Medical Nursing Officials" are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff is granted leave to file an amended complaint to properly name the individual nurses who allegedly were deliberately indifferent to his serious medical needs.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims against Deputy Warden Beverly Kelly, Dr. Robert Cleveland, and Emergency Medical Technician Laura Buckley are allowed to proceed pending further development and review.

New Orleans, Louisiana, this 3rd day of October, 2019.

_____
**UNITED STATES DISTRICT JUDGE**