UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH LEE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-10064** |
| **ROBERT TANNER, ET AL.** | **SECTION: "S"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, and finding that the defendants' motion has merit, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the unopposed motion to dismiss filed by Deputy Warden Beverly Kelly, Dr. Robert Cleveland, and Emergency Medical Technician Laura Buckley is **GRANTED** and that the remaining individual-capacity claims against those defendants are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __1st__ day of ___May_____, 2020.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**